LT
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 26-mj-009 DJF

ALEX ROMEO VENEGAS-CRUZ

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about January 7, 2026, in the State and District of Minnesota, defendant,

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: agents of the U.S. Border Patrol, who were engaged in the performance of their official duties, and caused physical contact;

all in violation of Title 18, United States Code, Section 111(a).

I further state that I am a special agent of the Department of Homeland Security Investigations and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime, Zoom,
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Michael T. Raiff
HSI Special Agent

*Printed name and title*

Date: January 8, 2026

City and State: Minneapolis, MN

Dulce J. Foster
United States Magistrate Judge

*Printed Name and Title*