STATE OF MINNESOTA   )
                                        )   ss.
COUNTY OF HENNEPIN  )

1. I am a Special Agent (SA) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI), and have been so employed since March of 2025. In my capacity as a Special Agent, I am responsible for conducting investigations into the numerous federal laws enforced by HSI. Since March of 2025, I have investigated various criminal violations relating to child exploitation, assaults on federal officers, human rights violations, and immigration violations. I am a graduate of the Federal Law Enforcement Training Center (FLETC), HSI Special Agent Training Program, having completed training in surveillance, search and arrest warrants, federal laws enforced by HSI, and federal criminal procedures. Prior to my tenure as a HSI Special Agent, I was a commissioned officer in the United States Army from 2014 to 2024 where I served as a Logistics Officer and Special Forces Officer.

2. This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Alex Romeo VENEGAS-CRUZ for assault of a federal officer in violation of Title 18, United States Code, Section 111(a) and (b).

3. This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

4. On the afternoon of January 7, 2026, agents of the U.S. Border Patrol (USBP) were conducting field operations near 725 45th Avenue in Minneapolis, Minnesota. USBP agents caravan pulled into a parking lot of a strip mall where they encountered several agitators.

5. At approximately 1:30 p.m., USBP agents were attempting to leave the parking lot in their vehicle when they encountered a silver Chrysler sedan bearing Minnesota license plate 666-NP1 following them. The driver of the sedan, later identified as VENEGAS-CRUZ, was yelling obscenities and raising his middle finger at USBP agents.

6. As the agents departed South along Central Ave NE, VENEGAS-CRUZ began to aggressively speed around them, stop alongside them, raise his middle finger, and attempt to merge into the caravan. VENEGAS-CRUZ ran red lights as he did so.

7. USBP agents turned west on Columbia Parkway as VENEGAS-CRUZ continued to follow them. VENEGAS-CRUZ was able to cut into the

caravan between the second and third USBP vehicle. Agents determined that VENEGAS-CRUZ's reckless driving posed a danger to agents and to the public. Agents therefore decided to stop VENEGAS-CRUZ. Two USBP vehicles (USBP Vehicle 1 and USBP Vehicle 2) formed a wedge near 707 Columbia Parkway to block the street. A third USBP vehicle (USBP Vehicle 3) began maneuvering in a diagonal position behind VENEGAS-CRUZ. VENEGAS-CRUZ immediately put his vehicle in reverse and accelerated rapidly into USBP Vehicle 3 near 719 Columbia Parkway. USBP agents were inside USBP Vehicle 3 when VENEGAS-CRUZ rammed it. VENEGAS-CRUZ struck USBP Vehicle 3 with the rear driver's side of his vehicle into the center passenger side of USBP Vehicle 3.

8. After ramming USBP Vehicle 3, VENEGAS-CRUZ continued to drive his vehicle in reverse, scraping his vehicle past USBP Vehicle 3. VENEGAS-CRUZ continued driving in reverse eastbound on Columbia Parkway. USBP Vehicle 3 turned around and, followed by USBP Vehicles 1 and 2, began pursuing VENEGAS-CRUZ. VENEGAS-CRUZ then stopped his vehicle near 835 Columbia Parkway near the intersection of Architect Avenue.

9. USBP agents approached VENEGAS-CRUZ and removed him from his vehicle.

10. After VENEGAS-CRUZ was arrested, agents conducted a search of VENEGAS-CRUZ's vehicle. On the passenger seat under a

jacket, BPAs located what at first appeared to be a pistol within a holster. However a closer inspection revealed it was a dagger-style knife with a six inch blade and a dragon handle. The handle of the dagger had a pistol magazine wrapped in a bandana which was then rubber-banded to the handle knife perpendicularly. The magazine contained eight rounds of ammunition; an additional round of ammunition was found in the holster. The knife and magazine were wrapped in a manner to make them appear to be a gun inside the holster.

## CONCLUSION

11.   Based on the information set forth above, there is probable cause to believe that the Defendant, Alex Romeo VENEGAS-CRUZ, violated Title 18, United States Code, Section 111, and that the act involved physical contact with federal law enforcement officers.

Further your Affiant sayeth not.

_____
Michael T. Raiff
Special Agent, HSI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 8, 2026

_____
DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA