**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Alex Romeo Venegas-Cruz,<br><br>　　　　　Defendant. | Case No. 26-mj-9 (DLM)<br><br>**ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE** |

　　　　Mr. Cruz moves the Court for an order modifying the conditions of his release under 18 U.S.C. § 3142(f)(2). (Doc. 19.) He argues that the reduction of his felony charge to a misdemeanor violation amounts to new information not known at the time of his detention hearing that has a material bearing on whether there are conditions of release that will reasonably assure his appearance and the safety of the community. As a result, says Mr. Cruz, the Court should reopen his detention hearing and order his release from custody without supervision or conditions of release. The Court ordered the government to file any response to Mr. Cruz's motion no later than February 19, 2026 (Doc. 21), but no response has been provided. United States Pretrial and Probation Services, meanwhile, recommends that the Court remove all special conditions of pretrial release and order that Mr. Cruz be released on standard conditions without pretrial supervision. (Doc. 22.) For the reasons explained below, the Court grants Mr. Cruz's Motion to Modify Conditions of Release. (Doc. 19.)

1

## BACKGROUND

On January 8, 2026, Mr. Cruz was charged by felony Complaint with one count of assaulting a federal law enforcement officer, in violation of 18 U.S.C. § 111(a). (Doc. 1.) Mr. Cruz appeared before this Court on January 14, 2026, for a Detention Hearing. (Doc. 9.) Mr. Cruz was released on a personal recognizance bond with conditions. (Doc. 10.) On February 5, 2026, the government charged Mr. Cruz by Information with a misdemeanor violation of 18 U.S.C. § 111(a)(1). (Doc. 14.) Mr. Cruz then moved the Court to reopen his detention hearing and modify the conditions of his release, arguing that because he no longer faces a felony level charge, he should be released without conditions or supervision. (*Id*. at 3.) Although the government has provided no input, Probation and Pretrial Services recommends that Mr. Cruz be released on standard conditions without pretrial supervision.

## ANALYSIS

Mr. Cruz seeks to reopen his detention hearing under 18 U.S.C. § 3142(f), but Mr. Cruz has been released on conditions under 18 U.S.C. § 3142(c)(1)(B) and has not been detained. (Doc. 10.) Accordingly, the Court construes Mr. Cruz's motion as one to modify his conditions of release under 18 U.S.C. § 3142(c)(3). Under § 3142(c)(3), the Court "may at any time amend the order to impose additional or different conditions of release." *Id*. Based on the reduction of the charge against Mr. Cruz from a felony to a misdemeanor offense, and the recommendation of Probation and Pretrial Services, the Court grants Mr. Cruz's Motion to Modify Conditions of Release (Doc. 19). Accordingly, Mr. Cruz shall be subject to no conditions of release or pretrial supervision.

**SO ORDERED**.

DATED: February 20, 2026          *s/Douglas L. Micko*
                                  DOUGLAS L. MICKO
                                  United States Magistrate Judge