UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-09 (PJS/DLM)

UNITED STATES OF AMERICA,

   Plaintiff(s)

v.

ALEZ ROMEO VENEGAS CRUZ,

   Defendant(s)

---

**STATEMENT OF FACTS IN SUPPORT OF
EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, <u>Alex Romeo Venegas Cruz</u>, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

I am represented in this matter by Bruce D. Nestor. Mr. Nestor has discussed with me the discovery disclosures made by the Government and his request for additional discovery in this matter and the need for him to have additional time to review the disclosures and file appropriate pretrial Motions. I also wish to have the opportunity to review the discovery in full and discuss it with my attorney. I believe it is in my best interests to extend the deadline for filing motion by one week and continue the current motion hearing date if necessary.

Based on the above facts, I request that the period of time March 16-23, 2026, be excluded from calculation under the Speedy Trial Act, as well any additional delay or

time in the event that the Motion hearing is continued from its current date of April 27, 2026.

      I have discussed this matter with my attorney.  I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Date: 3/19/2026

Alex

ID SG1WywbGAHH9A1e3No9ArqCY

Alex Romeo Venegas Cruz

Date: March 17, 2026

          S/BRUCE D. NESTOR
Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

# eSignature Details

**Signer ID:**       **SG1WywbGAHH9A1e3No9ArqCY**
Signed by:         Alex Romeo Venegas Cruz
Sent to email:     mvcoolj@gmail.com
IP Address:        172.56.13.107
Signed at:         Mar 19 2026, 2:54 pm CDT