UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-09 (PJS/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ALEX ROMEO VENEGAS CRUZ,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

                                    **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESSES AT MOTIONS HEARING**

The government intends to call the following witness to testify on May 8, 2026, motions hearing in the above-captioned matter:

1. Border Patrol Agent Jose Robles, (20-30 minutes)

2. Border Patrol Agent Christopher Merrill, (20-30 minutes)

3. Homeland Security Special Agent Michael Raiff, (20-30 minutes)

Dated: April 8, 2026

                                        Respectfully Submitted,

                                        DANIEL N. ROSEN
                                        United States Attorney


                                        *s/William L. Richards*
                                        BY: William L. Richards
                                        Attorney ID No.: 5445002NY
                                        Special Assistant U.S. Attorney
                                        300 South 4th Street, Suite 600
                                        Minneapolis, MN 55415
                                        T: 612.664-5600| C: 202-230-8076
                                        Email: William.Richards@usdoj.gov