UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 26-mj-09 (PJS/DLM)

UNITED STATES OF AMERICA,

      Plaintiff(s)

v.

ALEZ ROMEO VENEGAS CRUZ,

      Defendant(s)

---

## STATEMENT OF FACTS IN SUPPORT OF
## EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Alex Romeo Venegas Cruz, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act.

I am represented in this matter by Bruce D. Nestor. My counsel is continuing to conduct investigation of the facts of this matter and to engage in negotiations with the Government to resolve the charges in this file. In order to allow for this investigation and negotiation to be completed, I request that the Motion Hearing in this matter schedule for June 15, 2026, be cancelled and continued for a period of at least 180 days.

Based on the above facts, I request that a period of time of 180 days from June 15, 2026, or the date of the Order granting my Motion to Continue (whichever is latests), be excluded from calculation under the Speedy Trial Act, as well any additional delay or time in the event that the Motion hearing is held in this matter more than 180

days after the date of any Order continuing this matter.

I have discussed this matter with my attorney.  I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Date: 6/11/2026

ID m4i7QqFZJohLrdN1uoFjpjwx

Alex Romeo Venegas Cruz


Date: June 11, 2026

S/BRUCE D. NESTOR

Bruce D. Nestor, 0318024 – MN
DE LEÓN & NESTOR, LLC
3547 Cedar Avenue South
Minneapolis, MN  55407
(612) 659-9019
(612) 436-3664 – Facsimile
nestor@denestlaw.com

## eSignature Details

**Signer ID:**         **m4i7QqFZJohLrdN1uoFjpjwx**
Signed by:          Alex Romeo Venegas Cruz
Sent to email:      mvcoolj@gmail.com
IP Address:         174.199.64.57
Signed at:          Jun 11 2026, 5:18 pm CDT